NUMBER 13-04-402-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________

FRANK BARNES,                                                              Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
________________________________________________________

On appeal from the 214th District Court 
of Nueces County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Rodriguez
Memorandum Opinion Per Curiam

         Appellant, FRANK BARNES, perfected an appeal from a judgment entered by the 
214th District Court of Nueces County, Texas, in cause number 03-CR-0857-F. 
Appellant has filed a motion to withdraw appeal. The motion complies with Tex. R.
App. P. 42.2(a).
         The Court, having considered the documents on file and appellant’s motion to
withdraw appeal, is of the opinion that appellant's motion to withdraw appeal should
be granted. Appellant's motion to withdraw appeal is granted, and the appeal is
hereby DISMISSED.
 
                                                               PER CURIAM
 
Do not publish.
Tex. R. App. P. 47.2(b).
Memorandum Opinion delivered and 
filed this the 3rd day of February, 2005.